UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CIV-80564-DIMITROULEAS/MATTHEWMAN

DAVID POSCHMANN,

        Plaintiff,
v.

EXCEL GARDENS, LLC,
SLOAN'S AT THE GARDENS, INC.,
DM VENTURES USA, LLC,
MASH MANAGEMENT GROUP, LLC and
CB THEATRE EXPERIENCE, LLC,

        Defendants.
_____/

## STIPULATION OF DISMISSAL

The parties below stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

| s/Drew Levitt | s/Susan E. Trench |
|---|---|
| Drew M. Levitt, Esq. | Susan E. Trench |
| Florida Bar No. 782246 | Florida Bar No. 253804 |
| DML2@bellsouth.net | Susan.trench@saul.com |
| Lee D. Sarkin | SAUL EWING ARNSTEIN & LEHR LLP |
| Florida Bar No. 962848 | 200 South Biscayne Boulevard |
| lsarkin@aol.com | Suite 3600 |
| 4700 N.W. Boca Raton Boulevard | Miami, Florida 33131-2395 |
| Suite 302 | Telephone (305) 428-2395 |
| Boca Raton, Florida 33431 | Facsimile  (305) 808- 8620 |
| Telephone (561) 994-6922 | Attorneys for Excel Gardens, LLC |
| Facsimile  (561) 994-0837 | |
| Attorneys for Plaintiff | |